584 A.2d 234
STATE OF NEW JERSEY v. WILLIAM GOODWIN.

May 30, 1990.

Petition for certification denied.

584 A.2d 234
STATE OF NEW JERSEY v. CLORATINE ALEXANDER.

May 30, 1990.

Petition for certification denied.

584 A.2d 234
STATE OF NEW JERSEY v. LUIS NUNEZ.

May 30, 1990.

Petition for certification denied.

584 A.2d 234
STATE OF NEW JERSEY v. ANTHONY TARAN.

May 30, 1990.

Petition for certification denied.

584 A.2d 235
STATE OF NEW JERSEY v. STEVEN P. LOEHR.

May 30, 1990.

Petition for certification denied.